## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN MAHONEY**<br><br>      **Plaintiff,**<br><br>  **v.**<br><br>**WYNDRIDGE FARMS LTD.**<br><br>      **Defendant.** | **CIVIL ACTION NO.  20-3961** |

## ORDER

**AND NOW,** this 17th day of March 2021, upon consideration of the Plaintiff's failure to execute service on the named Defendant, it is **HEREBY ORDERED** that the above captioned case against Defendant Wyndridge Farms LTD., is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution for failure to comply with the Court's show cause order dated January 13, 2021. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**